IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*****************************************

UNITED STATES OF AMERICA,
                       Plaintiff,

                                                                 Civil No. 5: 10-CV-19
v.                                                    (GTS/GHL)

ONE 2003 LINCOLN NAVIGATOR,
NEW YORK LICENSE PLATE NO.
CYR6550, VIN #5LMFU28R23LJ27759,

                       Defendant.
*****************************************

## ORDER DIRECTING ENTRY OF AN UNCONTESTED JUDGMENT OF FORFEITURE

      A Verified Complaint for Forfeiture having been filed with the Clerk of the United States District Court on January 6, 2010 seeking forfeiture of the defendant property, and the Clerk of the Court having issued a Warrant of Arrest *In Rem* authorizing and directing the United States Marshals Service to detain the defendant property in their custody, thereby bringing the defendant property under the jurisdiction of this Court; and all known interested parties, if any, having been served by certified mail, return receipt requested, by the United States Marshals Service with a copy of the Verified Complaint for Forfeiture and Seizure and Warrant of Arrest *In Rem* forfeiture action and seizure having been published on the government's official internet website, www.forfeiture.gov for thirty (30) days starting January 23, 2010 and a Declaration of Publication has been filed with the Clerk of the United States District Court; and

      WHEREAS, on January 6, 2010, a Verified Complaint for Forfeiture was filed with the Clerk of the United States District Court seeking forfeiture of the defendant vehicle; and

      WHEREAS, administrative claimant, Christopher C. Wright was served with a copy

of the Verified Complaint of Forfeiture and the Warrant for Arrest of Articles in Rem on January 28, 2010; and

WHEREAS, as of April 9, 2010, no judicial Claim has been filed with this Court by the administrative claimant, Christopher C. Wright and no appearances were made; and

WHEREAS, upon information and belief, all known potential claimants to the defendant property are not infants, in the military service of the United States or incompetent persons; now it is hereby

ORDERED, ADJUDGED AND DECREED, that all claims concerning the defendant 2003 Lincoln Navigator, New York License Plate No. CYR6550, VIN #5LMFU28R23LJ27759, is hereby barred and forever closed and, an Order Directing Entry of an Uncontested Judgment of Forfeiture is entered in, and it is further,

ORDERED, ADJUDGED AND DECREED that all right, title and interest to the defendant 2003 Lincoln Navigator, New York License Plate No. CYR6550, VIN #5LMFU28R23LJ27759 is hereby forfeited to the United States of America for disposition in accordance with law, and it is further,

ORDERED, ADJUDGED AND DECREED, that the United States Marshals Service shall dispose of the defendant property in accordance with law, and it is further,

ORDERED, ADJUDGED AND DECREED, that the costs of this action are to be borne by the United States of America, and it is further

ORDERED, ADJUDGED AND DECREED, that the Clerk of the Court shall enter judgment in accordance with this Order.

Dated:

HONORABLE GLENN T. SUDDABY
UNITED STATES DISTRICT COURT JUDGE