# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE
_____

**UNITED STATES OF AMERICA**

     vs.                       **CASE NUMBER: 5:10-cv-19 (GTS/GHL)**

**ONE 2003 LINCOLN NAVIGATOR, New York License Plate No. CYR6550, Vin #5LMFU28R23LJ27759**, and **ONE 2005 CADILLAC CTS, New York License Plate No. DZX1074, Vin #1G6DP567550150601**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order Directing Entry of an Uncontested Judgment of Forfeiture signed by the Honorable District Judge Glenn T. Suddaby on the 9th day of April, 2010, all claims concerning the Defendant 2003 Lincoln Navigator are barred and forever closed; all right, title and interest to the Defendant 2003 Lincoln Navigator is forfeited to the United States of America for disposition in accordance with the law; and the costs of this action are to be borne by the United States of America.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Stipulated Settlement Agreement and Order of Forfeiture signed by the Honorable District Judge Glenn T. Suddaby on the 9th day of April, 2010, the Defendant 2005 Cadillac CTS is forfeited to the United States of America; the claim of Solvay Bank is withdrawn, thereby relinquishing and forfeiting any and all right, title and interest in the Defendant vehicle; the United States Marshal is to sell the Defendant vehicle, and deduct any and all reasonable costs relating to the seizure, forfeiture and sale; the United States Marshal is to pay from the remaining net proceeds an amount up to $4,325.00 to Solvay Bank, in full satisfaction and discharge of the lien held by Solvay Bank; if the remaining net proceeds from the sale of the Defendant vehicle are less than the lien amount, then Solvay Bank agrees to accept a lesser amount, to be determined, in full satisfaction and discharge of the lien; and Solvay Bank shall provide an appropriate release, cancellation and satisfaction discharging the lien to the United States Marshals. Jurisdiction is retained by the Court for the purpose of enforcing the settlement agreement.

DATED: April 12, 2010

                                                                    *Lawrence K. Baerman*
                                                                     Clerk of Court

                                                                 s/ Melissa Ennis_____
                                                                 Melissa Ennis, Deputy Clerk